IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander-Carter, Frieda

Printed: 01/22/09

Case Number: 08 B 18881
Judge: Hollis, Pamela S
Filed: 7/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 8, 2008
Confirmed: September 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 898.11 |  |
| Secured: |  | 720.36 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 119.23 |
| Trustee Fee: |  | 58.52 |
| Other Funds: |  | 0.00 |
| Totals: | 898.11 | 898.11 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Glenda J Gray | Administrative | 3,274.00 | 119.23 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 750.00 | 25.42 |
| 4. | Cook County Treasurer | Secured | 3,500.00 | 118.64 |
| 5. | Cook County Treasurer | Secured | 750.00 | 25.42 |
| 6. | City Of Chicago | Secured | 800.00 | 27.12 |
| 7. | American International Group | Secured | 3,070.67 | 104.10 |
| 8. | Wachovia Dealer Services | Secured | 7,036.94 | 393.42 |
| 9. | Ohio State Life Insurance | Secured | 773.90 | 26.24 |
| 10. | Wilshire Credit Corp | Secured | 18,722.80 | 0.00 |
| 11. | Internal Revenue Service | Priority | 1,419.31 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 93.10 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 1.04 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 51.02 | 0.00 |
| 15. | Advocate Trinity Hospital | Unsecured | 3.00 | 0.00 |
| 16. | Recovery Management Systems Corp. | Unsecured | 70.70 | 0.00 |
| 17. | Sage Telecon | Unsecured | 9.68 | 0.00 |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | 92.40 | 0.00 |
| 19. | World Financial Network Nat'l | Unsecured | 68.03 | 0.00 |
| 20. | Target National Bank | Unsecured | 360.07 | 0.00 |
| 21. | City Of Chicago | Priority | | No Claim Filed |
| 22. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 23. | American General Finance | Unsecured | | No Claim Filed |
| 24. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 25. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 26. | Catherine/Tape Report | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Alexander-Carter, Frieda | Case Number:  08 B 18881 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  7/23/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Check N Go | Unsecured | | No Claim Filed |
| 28. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 29. | Catherine/Tape Report | Unsecured | | No Claim Filed |
| 30. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 31. | Credit Protection Association | Unsecured | | No Claim Filed |
| 32. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 33. | United Credit Union | Unsecured | | No Claim Filed |
| 34. | Check N Go | Unsecured | | No Claim Filed |
| 35. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 36. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 37. | Citibank | Unsecured | | No Claim Filed |
| 38. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 39. | Cyber Collection | Unsecured | | No Claim Filed |
| 40. | Drs Bonded Collection | Unsecured | | No Claim Filed |
| 41. | Drs Bonded Collection | Unsecured | | No Claim Filed |
| 42. | ER Solutions | Unsecured | | No Claim Filed |
| 43. | Citibank | Unsecured | | No Claim Filed |
| 44. | GEMB | Unsecured | | No Claim Filed |
| 45. | GEMB | Unsecured | | No Claim Filed |
| 46. | GEMB | Unsecured | | No Claim Filed |
| 47. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 48. | GEMB | Unsecured | | No Claim Filed |
| 49. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 50. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 51. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 52. | Curves Chatham | Unsecured | | No Claim Filed |
| 53. | Harris & Harris | Unsecured | | No Claim Filed |
| 54. | H&F Law | Unsecured | | No Claim Filed |
| 55. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 56. | Harris & Harris | Unsecured | | No Claim Filed |
| 57. | Harris Trust & Savings Bank | Unsecured | | No Claim Filed |
| 58. | Horseshoe Casino | Unsecured | | No Claim Filed |
| 59. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 60. | Harlem Furniture | Unsecured | | No Claim Filed |
| 61. | Lerner | Unsecured | | No Claim Filed |
| 62. | Harlem Furniture | Unsecured | | No Claim Filed |
| 63. | John P Fiorenza D D S PC | Unsecured | | No Claim Filed |
| 64. | Mila, Inc | Unsecured | | No Claim Filed |
| 65. | PDL Financial Services | Unsecured | | No Claim Filed |
| 66. | Mila, Inc | Unsecured | | No Claim Filed |
| 67. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 68. | Professional Account Management | Unsecured | | No Claim Filed |
| 69. | United Credit Union | Unsecured | | No Claim Filed |
| 70. | TNB Card | Unsecured | | No Claim Filed |
| 71. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 72. | Sears | Unsecured | | No Claim Filed |
| 73. | Target National Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Alexander-Carter, Frieda

Printed: 01/22/09

Case Number: 08 B 18881
Judge: Hollis, Pamela S
Filed: 7/23/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 74. | Theodore Carter | Unsecured | | No Claim Filed |
| 75. | Pearl Vision | Unsecured | | No Claim Filed |
| 76. | Lerner | Unsecured | | No Claim Filed |
| 77. | TNB Card | Unsecured | | No Claim Filed |
| 78. | United Credit Union | Unsecured | | No Claim Filed |
| 79. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 80. | United Credit Union | Unsecured | | No Claim Filed |
| 81. | United Credit Union | Unsecured | | No Claim Filed |
| 82. | United Credit Union | Unsecured | | No Claim Filed |
| 83. | United Credit Union | Unsecured | | No Claim Filed |
| 84. | United Credit Union | Unsecured | | No Claim Filed |
| 85. | United Credit Union | Unsecured | | No Claim Filed |
| 86. | United Credit Union | Unsecured | | No Claim Filed |
| 87. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 88. | United Credit Union | Unsecured | | No Claim Filed |
| 89. | Nicor Gas | Unsecured | | No Claim Filed |
| 90. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| 91. | United Credit Union | Unsecured | | No Claim Filed |
| 92. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| 93. | Advocate Health Care | Unsecured | | No Claim Filed |
| 94. | Thd/Cbsd | Unsecured | | No Claim Filed |
| | | | $ 40,846.66 | $ 839.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 50.09 |
| 6.6% | 8.43 |
| | $ 58.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

